# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2014

*The Court of Appeals hereby passes the following order*

**A14D0188. IN THE INTEREST OF: M. N. R., J. W. R., J. W. R., AND E. N. R., CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1301069 1300803 1301071 1300802 1301072 1300801 1301073 1300800



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 15, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*